B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wojtkowska, Elzbieta** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9688** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**741 Marilyn Ave**<br>**Glendale Heights, IL**<br>ZIP Code **60139** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
□ Corporation (includes LLC and LLP)
□ Partnership
□ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
□ Health Care Business
□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
□ Railroad
□ Stockbroker
□ Commodity Broker
□ Clearing Bank
□ Other

**Tax-Exempt Entity**
(Check box, if applicable)
□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
□ Chapter 9
□ Chapter 11
□ Chapter 12
□ Chapter 13
□ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
□ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
□ A plan is being filed with this petition.
□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
□ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ■ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wojtkowska, Elzbieta** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Dariusz T. Wator                            June 11, 2010** <br>  Signature of Attorney for Debtor(s)                    (Date) <br>  **Dariusz T. Wator** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Wojtkowska, Elzbieta**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Elzbieta Wojtkowska**

Signature of Debtor  **Elzbieta Wojtkowska**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 11, 2010**

Date

### Signature of Attorney*

X **/s/ Dariusz T. Wator**

Signature of Attorney for Debtor(s)

**Dariusz T. Wator 6279496**

Printed Name of Attorney for Debtor(s)

**Wator and Zac, LLC**

Firm Name

**10711 S. Roberts Road**
**Palos Hills, IL 60465**

_____

Address

**Email: Dwator@mecenaschicago.com**
**(708) 974-0000  Fax: (708) 974-0011**

Telephone Number

**June 11, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elzbieta Wojtkowska**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Elzbieta Wojtkowska**

**Elzbieta Wojtkowska**

Date: **June 11, 2010**

GreenPath
*debt solutions*

4/8/2010

38505 Country Club Drive Suite 250
Farmington Hills, MI 48331
(800) 504-3396

Elzbieta  Wojtkowska
741 Marilyn Ave
Glendale Heights, IL 60139

Dear Elzbieta  Wojtkowska,

Thank you for selecting GreenPath for your financial counseling and educational needs.  We appreciate your business.

Included in the packet you will find:

1.  Your financial assessment which includes your current and proposed budget

2.  A customized action plan

3.  Your briefing certificate which is valid for 180 days from the date of course completion

4.  Valuable information about the various options available to you

If you also purchased our pre-discharge education, your <u>Second Chance</u> book and instructions will be sent in a separate package.

Please contact GreenPath at (800) 504-3396 with any additional questions you have.

Your client ID is 3610566. Please have it available when you call.

Sincerely,

Drew Dorian
Certified Financial Counselor

Client Language:



38505 Country Club Drive Suite 250
Farmington Hills, MI 48331
(800) 504-3396

**Bankruptcy Briefing Packet**

prepared by

**GreenPath Debt Solutions**

especially for

ELZBIETA  WOJTKOWSKA

Counselor : DREW DORIAN

Prepared on : 4/8/2010

**Questions for Attorney**

When should I complete my pre-discharge education requirement?

## Customer Situation

**Client Goals:**

Learn about bankruptcy:Education

Learn how to read credit report:Education

Learn money management skills:Education

Establish savings:Lifestyle

Stop living paycheck to paycheck:Lifestyle

Reduce stress:Lifestyle

Improve credit score:Debt

Clear up old bills on credit report:Debt

Stop collection calls:Debt

Reduce debt:Debt

Reduce monthly payments:Debt

Increase income:Income

Reduce monthly expense:Housing

Resolve delinquency:Housing

**Reason for Financial Hardship:**

**Home in Foreclosure?** No                **Date of Sheriff's Sale:**

**Repossession Threatened?** No

**Can Client Be Garnished?** No            **Status:**

**Client Previously Filed for bankruptcy?** No            **Year of Discharge:**

**FINANCIAL SITUATION**

## NET INCOME

| Income Owner | Income Source | Current | Proposed | Variance |
|---|---|---|---|---|
| Elzbieta Wojtkowska | Full-time Job | $1,500 | $1,500 | $0 |
| **Total** | | **$1,500** | **$1,500** | **$0** |

## HOUSING

| Debt Type | Creditor | Balance | Current Payment | Proposed Payment | Variance Payment |
|---|---|---|---|---|---|
| Rent | | $0 | $350 | $350 | $0 |
| **Total** | | **$0** | **$350** | **$350** | **$0** |

## UTILITIES

| Debt Type | Creditor | Balance | Current Payment | Proposed Payment | Variance Payment |
|---|---|---|---|---|---|
| Cable / Satellite | Comcast | $0 | $45 | $0 | $(45) |
| Water | Glendale Heights | $0 | $33 | $33 | $0 |
| Cellular Phone | U.S. Cellular | $0 | $90 | $80 | $(10) |
| Gas / Oil / Propane | Nicor Gas | $0 | $99 | $99 | $0 |
| Garbage Collection | Allied Waste Service | $0 | $51 | $51 | $0 |
| Sewer | Glendale Heights | $0 | $11 | $11 | $0 |
| Electric | ComED | $0 | $57 | $57 | $0 |
| **Total** | | **$0** | **$386** | **$331** | **$(55)** |

## FIXED DEBT

| Debt Type | Creditor | Balance | Current Payment | Proposed Payment | Variance Payment |
|---|---|---|---|---|---|
| Loan | Wells Fargo | $8,169 | $327 | $327 | $0 |
| **Total** | | **$8,169** | **$327** | **$327** | **$0** |

**UNSECURED DEBT**

| Debt Type | Creditor | Balance | Current Payment | Proposed Payment | Variance Payment |
|-----------|----------|--------:|----------------:|-----------------:|-----------------:|
| Unsecured | Carson | $398 | $9 | $0 | $(9) |
| Unsecured | Kohls(CHASE) | $200 | $5 | $0 | $(5) |
| Other | Discover Financial | $8,766 | $185 | $0 | $(185) |
| Other | Chase Bank USA | $4,998 | $105 | $0 | $(105) |
| Other | Wells Fargo | $8,169 | $172 | $0 | $(172) |
| Other | Chase | $3,168 | $67 | $0 | $(67) |
| Other | Citi | $2,919 | $62 | $0 | $(62) |
| Other | Chase | $2,275 | $48 | $0 | $(48) |
| Other | Chse TJX | $421 | $9 | $0 | $(9) |
| Other | Chase | $1 | $5 | $0 | $(5) |
| Other | Chase | $1 | $5 | $0 | $(5) |
| **Total** | | **$31,316** | **$672** | **$0** | **$(672)** |

**Household Expenses**

| Expense Type | Current Amount | Proposed Amount | Variance |
|--------------|---------------:|----------------:|---------:|
| Education - Tuition | $25 | $25 | $0 |
| Education - Tuition | $13 | $13 | $0 |
| Food - Groceries | $300 | $300 | $0 |
| Miscellaneous Expense - Prescriptions | $10 | $10 | $0 |
| Child - Child Care | $300 | $0 | $(300) |
| Transportation - Gasoline | $200 | $200 | $0 |
| Insurance - Auto | $134 | $134 | $0 |
| **Total HomeBudget Expenses** | **$982** | **$682** | **$(300)** |

**FORECAST DEFICIT/SURPLUS----------------------**    **$(1,217)**    **$(190)**    **$1,027**

**Assets**

| Type | Value | Lien | Notes |
|---|---|---|---|
| Vehicle | $5,400 | $8,169 | Automobile - 2002 RAV 4 |
| Vehicle | $4,875 | $0 | Automobile - 2002 Audi A4 |
| | **$10,275** | **$8,169** | |

**Potential for Liquidating Assets:**

**Action Items**

<u>**Type**</u>

- Income:Seek full time or part time employment - Consider taking a second job to help supplement income. Visit www.snagajob.com
- Debt:Stop using credit cards
- Money Management:Track expenses - Use notebook to write down all purchases or save your receipts. This will help you to see your spending patterns and give you ideas about where to cut back.
- Money Management:Establish an emergency fund - Aim to save 10% of your net income monthly which is $150. Even if you cannot do 10%, commit to a specific amount and save until you have 4-6 months worth of your income in your account.
- Next Steps:Use BudgetSmart to create a budget and track spending - You can access this software at www.greenpathbk.com

## GREENPATH BANKRUPTCY COUNSELING DISCLOSURE & PRIVACY POLICY

GreenPath is a non-profit organization that has been in business 46 years. We are a member of the NFCC and accredited by the Council on Accreditation. The GreenPath counselor that will be delivering your bankruptcy counseling and education has completed a comprehensive training and certification program and 95% of GreenPath's counselors have earned either a bachelors or masters degree.

GreenPath offers both the **Bankruptcy Briefing** required to file a bankruptcy petition and the **Bankruptcy Education** Program needed prior to discharge of debt.

The cost of each service is $50, both individual and for a couple. Payment can be made by debit card, attorney billing code, or certified funds.

You may qualify to have this fee waived or reduced based on your income, housing status, pending legal action or other circumstances causing severe financial hardship.  GreenPath will not withhold services or certificates because of an inability to pay.

GreenPath does not pay or receive fees or other consideration for the referral of customers to GreenPath.

**The Bankruptcy Briefing includes:**
- A confidential financial assessment and action plan to address your specific situation.
- Assistance with a personal budget plan including tips for the future to help you be successful after your bankruptcy.
- Information regarding the common alternatives to bankruptcy and a booklet called *Understanding Your Options* which clearly explains these alternatives.

**PLEASE NOTE:** We can answer general questions but cannot give legal advice.

You will receive a counseling certificate at the end of your session. It is your responsibility to ensure your attorney has received your certificate by the date required for your filing.

**The Bankruptcy Education course includes:**
- Second Chance, a course in personal financial management
- Access to online course materials, tutorials, and learning activities
- A session with a counselor to review budgeting, credit scores, and use of credit and to answer any other questions about the book
- Processing of the test and course evaluation

Upon completion of the online course or a session with a counselor to review budgeting, credit scores, and use of credit you will receive a certificate of course completion. It is your responsibility to ensure your attorney has received your certificate by the date required for your discharge.

We will not obtain a copy of your credit report unless we specifically discuss that.
We will not report any information about you to any credit-reporting agency and have no responsibility or obligation for any past, present or future credit rating. Filing for bankruptcy may have a negative impact on your credit report.

I understand that if I have a concern regarding the services I have received, I may contact any member of the team with whom I am working. A copy of the Customer Concern Process will be provided to me upon request, should it become necessary to file a formal complaint.  In addition, I reserve the right to file a complaint with the appropriate state authority.

**Your privacy is important to us. We make certain that all information shared orally, electronically, and in writing will be managed within legal and ethical considerations. We will not disclose any of your personal information to third parties without your consent. We will take precautions to disclose information only to those who have a right to know. A copy of our entire privacy policy is available upon request or can be accessed from our website.**

Our calls are recorded for training and quality purposes.

You may contact us at any time if you have any questions or concerns.



# Understanding Your Options

# A Take-Home Resource

# TABLE OF CONTENTS

## CHAPTER 1 – INTRODUCTION

First Things First ................................................................ 2

Understand Why You're Facing Bankruptcy ................................. 2


## CHAPTER 2 – BANKRUPTCY

Chapter 7 ........................................................................ 4

Chapter 13 ....................................................................... 4

Pros and Cons of Bankruptcy .................................................. 4

The Bankruptcy Process ........................................................ 4


## CHAPTER 3 – CREDIT COUNSELING

Selecting a Credit Counselor ................................................... 7

Debt Management Program .................................................... 7


## CHAPTER 4 – PAYING DEBTS ON YOUR OWN

Refinancing / Home Equity Loans ............................................. 8

Negotiating With Creditors ..................................................... 9

Negotiating Settlements ........................................................ 9

Prioritizing Bills ................................................................. 9


## CHAPTER 5 – KEYS TO SUCCESS

Budgeting ....................................................................... 10

Changing Spending Behavior .................................................. 11

Budget Worksheet .............................................................. 12


## CHAPTER 6 – CONCLUSION – WHAT SHOULD YOU DO?

Additional Resources ........................................................... 14

## Chapter 1 – Introduction

Welcome to GreenPath Debt Solutions! Thank you for trusting us to assist you in this very stressful time. This pamphlet is designed to provide information regarding bankruptcy as well as the common alternatives to bankruptcy. It includes information about:

- Bankruptcy
- Credit Counseling
- Refinancing / Home Equity Loans
- Settlements
- Paying Debts On Your Own

Our goal is to help you make an informed decision about how to best improve your financial situation.

### First Things First

Here are some key points to keep in mind:

- Remember that you are not the only one who has faced financial hardships.  Millions of  people file for bankruptcy each year.
- You are not a failure.  Remain positive about facing your financial problems and resolving them.
- Don't make excuses. You must be honest with yourself about your problem because only then will you be able to identify the cause and come to a solution.
- Commit to taking action. Be proactive and take personal responsibility.

### Understand Why You're Facing Bankruptcy

Understanding how you got into financial trouble is key to resolving your problem and ensuring a positive financial future. People usually make the decision to file for bankruptcy because of the stress caused by:

- Bill collectors and late notices
- Being sued and/or wages being garnished
- Threat of eviction or foreclosure
- Threat of auto repossession
- Threat of utility shutoff
- Credit card debt has become overwhelming
- Unable to pay for medication
- No home equity and unable to get a loan
- Unable to pay all the bills
- A friend or family member suggested it

However, there is always a deeper root cause that led to the stressful situation. Often the root cause is an event such as:

- Unexpected medical emergency
- Death of a family member
- Divorce
- Job loss
- Cut in pay

Or maybe it is simply a matter of making poor financial decisions and/or living beyond your means.

Often, you may have to do some soul searching and look deep within yourself to identify the true root cause.  This may require you to resolve deeper issues with your relationships and lifestyle, such as:

- Issues with your spouse or financial partner
- Gambling
- Alcohol or drug abuse
- Shopping because it's fun or to make yourself feel good
- No financial planning or discipline

Remember, you must identify the underlying cause in order to prevent the problem from reoccurring.

## Chapter 2 – Bankruptcy

Bankruptcy is a fresh financial start for people who can no longer pay their bills and are in a large amount of debt. It is, however, designed to be the option of last resort. Bankruptcy is a federal law that enables you to wipe out a portion of your outstanding debt or to work out a plan to repay some of it. You can choose to file individually or jointly as a married couple. There are two types of personal bankruptcy: Chapter 7 and Chapter 13.

## Chapter 7

Referred to as "straight" bankruptcy or "liquidation," this type of bankruptcy wipes out all dischargeable debts in exchange for certain property that is sold and the money disbursed to pay your creditors. "Exempt" property is property the law allows you to keep --- this can include your home or car depending on your state's exemption rules. Debts that are not forgiven include child support, alimony, most student loans and most tax debt.

One important thing to keep in mind is that a Chapter 7 does not eliminate the right of mortgage holders or car loan creditors to take your property to cover your debt.

## Chapter 13

This kind of bankruptcy is often referred to as "debt reorganization."  It allows you to propose a plan showing how you will pay off your debts over a 3- to 5- year period.  The key benefit of a Chapter 13 is that you are able to keep property such as your house and car.

However, Chapter 13 still requires you to pay your debt.  In most cases, expect your house and auto payments to be at least as much as your regular monthly payments, with some extra devoted to getting you caught up on the delinquent amount.

## Pros and Cons of Bankruptcy

Bankruptcy can be beneficial in many ways.  It can stop foreclosure on your house or mobile home, prevent repossession of a car, stop wage garnishment and restore or prevent termination of utility service. But bankruptcy may not solve all of your problems.  For example, you cannot discharge types of debts such as child support, alimony or most student loans.  *You must budget and spend responsibly or you may find yourself back in financial trouble and may not be able to file again for either Chapter 7 or Chapter 13.*

| **Pros** | **Cons** |
|---|---|
| 1. Stops collection calls and letters. <br> 2. Stops wage garnishment. <br> 3. Chapter 7 can wipe out most or all unsecured debt. <br> 4. Chapter 13 enables you to save your home from foreclosure and catch up on delinquent payments. <br> 5. Chapter 13 prevents repossession of a car or other property. | 1. Does not eliminate secured debts.  You can keep your home, car or other property only if you continue to make payments. <br> 2. Does not erase child support, alimony and most student loans and taxes. <br> 3. Negatively impacts your credit rating. Remains on your credit report for 10 years and obtaining credit may be more difficult and expensive in the future. <br> 4. Does not eliminate any debts incurred after the bankruptcy was filed. <br> 5. Cannot file again for Chapter 7 within 8 years. Cannot file again for Chapter 13 within 2 years or if you've received a Chapter 7 discharge within past 4 years. |

## The Bankruptcy Process

1) **Find a Good Bankruptcy Attorney.**  You can file for bankruptcy without an attorney, but it is strongly recommended that you retain an attorney if you intend to file for bankruptcy.  So the first step is to find a professional, honest attorney that is experienced in bankruptcy law.

2) **Obtain Counseling Certificate.**  Before you can file for bankruptcy, you must participate in a counseling session with a credit counseling organization that has been approved by the Executive Office for U.S. Trustees.  After the session, you will receive a Counseling Certificate that your attorney needs to file your bankruptcy.

   *NOTE: You will need to complete a course in personal financial management and obtain an Education Certificate before any of your debts can be discharged.  If you intend to file Chapter 7, complete this course as soon as possible.  Putting it off can jeopardize your discharge.*

3) Your attorney will submit all the required documents and fees to the U.S. Bankruptcy Court in the district in which you reside. When this paperwork is filed, an "automatic stay" immediately goes into effect to prevent creditors from taking any collection action against you or your property.

4) You are requred to attend a "meeting of creditors" at bankruptcy court. During this meeting, a trustee will ask you questions about your property and debts to determine if there are any assets that must be sold. You are under oath and must answer these questions truthfully.

5) Before any of your debts can be discharged, you must complete a course in personal financial management administered by an organization that has been approved by the Executive Office for U.S. Trustees. After taking the course you must complete a test and course evaluation. At that time, you will receive an Education Certificate that is required to discharge your debts.

6) In a Chapter 7, debts are typically discharged 60-90 days after the "meeting of creditors." The trustee will sell any non-exempt assets available for the benefit of creditors. In a Chapter 13, you must submit a repayment plan to which the creditors have an opportunity to object. Your plan is then approved by the court at a Confirmation Hearing. After completing your repayment plan, the court discharges your remaining debt.

## Chapter 3 – Credit Counseling

Credit counseling is designed to teach consumers how to better manage their finances, change their spending habits and make better overall financial decisions.  A credit counselor may be able to provide you with a non-bankruptcy option for paying off your debts.

**Selecting a Credit Counselor**

In recent years, unethical practices by some large credit counseling companies have been widely publicized.  The quality of service can vary widely by credit counseling agency, so it is important for you to do your homework to make sure the agency will be there when you need them.

Look for members of the National Foundation for Credit Counseling (NFCC).  A reputable credit counseling firm will:

- Offer free or low-cost counseling by a certified credit counselor. The counseling session typically lasts 30-60 minutes, and should include development of a detailed budget and personal action plan.
- Help consumers learn how to manage their finances, change their spending habits, and make better financial decisions.
- Offer personal credit reports and assistance in understanding them.
- Offer low-cost financial education resources such as books, curriculum and software tools.
- Assist consumers with all their debts, not just credit cards and other unsecured accounts.
- Offer consumers a debt management program (DMP) only when it's an appropriate solution.
- Be accredited by the Council on Accreditation (COA).

**Debt Management Program**

A debt management program (DMP) can help people regain control of their financial health. You deposit a certain amount from each paycheck to the credit counseling organization, which then pays your creditors on your behalf. In return, your creditors may offer concessions that help you improve cash flow and pay down debt more quickly. A DMP can :

- Lower monthly payments
- Lower credit card interest rates
- Waive late and overlimit fees
- Bring delinquent accounts current

All credit counseling organizations offer DMPs, but the services and support provided vary by company. Make sure your credit counseling organization will:

- Negotiate loan extensions, utility plans and mortgage forbearance agreements.
- Limit setup fees to $75 and monthly fees to $50.
- Provide ongoing counseling and support throughout the life of a DMP.
- Let you speak with a team member from the credit counseling organization whenever you have a question or concern.

Credit counseling should result in positive behavior change that enables you to better manage your debt. But most of the benefits are associated with a debt management program, not the counseling on its own. A DMP is not a quick fix and you must have a balanced budget in order to qualify for this solution.

If you wish to explore credit counseling and/or a DMP call 1-800-388-2227 to speak to a counselor near you.  Para ayuda en Espanol llama al 1-800-682-9832.

## Chapter 4 – Paying Debts on Your Own

It may be possible for you to resolve your financial situation without a debt management program or bankruptcy.  You may consider tapping into your home's equity or negotiating with creditors on your own.

### Refinancing / Home Equity Loans

Over the past several years, many people have taken advantage of low interest rates to refinance their home to lower their monthly payments and/or convert home equity into cash to pay off other debts.

Home equity is defined as:
*(Current Market Value of Home) minus (Amount Owed on Home) = Home Equity*

<u>Refinancing</u>

Refinancing your mortgage involves selling your home and buying it back with a new mortgage at a lower interest rate.  If your current mortgage interest rate is more than 1 percent higher than the going market rates, refinancing may lower your mortgage payment and/or free up some cash.  But it can also increase your debt amount (adds closing costs) and increase the length of your loan.

<u>Home Equity Loan</u>

This type of loan involves taking out a loan on the amount of equity you have in your home and using the money to pay off higher interest debt.  Interest rates are normally higher than mortgage loans.

<u>Be Careful!</u>

Home equity has traditionally been a "nest egg" for people to use for retirement, accumulating value over time as you pay off your mortgage.  By tapping into these funds for immediate debt relief, you're depleting finances for the future.  And if you fail to change your spending habits, your financial problems will be more severe because you will end up with more debt and less equity.

Mortgage companies advertise messages that are very appealing.  However, they may not have your best interests in mind.  Many of these companies are advertising attractive adjustable rate mortgages (ARM) or interest-only mortgages.  You will be in serious trouble if you don't budget for higher payments down the road.  It is your responsibility to make sure you can afford your new payment.  *And remember --- if you default on a mortgage loan, you may lose your home.*

**Negotiating With Creditors**

*Note: Whenever you negotiate with your creditors, always get the arrangement in writing!*

You may be able to negotiate with your creditors on your own. It is extremely important to contact your creditor immediately when you know you are unable to make a full payment.

- Be honest and explain your situation.
- Ask if the creditor offers a hardship program.
- Negotiate payment arrangements.  Do not agree to pay more than you can afford.
- Ask if you can skip a payment or two, rewrite the loan, or make interest-only payments for a couple of months.
- Ask if finance charges and penalties can be reversed or reduced.
- Track the date and time of the call, and who you spoke with.
- Keep your word.  Follow through on your promises.

Some creditors may be willing to work with you.  However, it's usually only for a limited amount of time.  If you are still unable to resolve your financial situation, you'll have to look for other solutions.

**Negotiating Settlements**

In some cases, you may be able to negotiate with creditors to pay a lesser portion of the debt owed, otherwise known as an "offer in compromise."  This option requires a large lump-sum payment to your creditor to satisfy the negotiated amount.  Also, there are important tax considerations.  When in doubt, consult an attorney.

**Prioritizing Bills**

If you don't have enough money to pay all your bills, you must decide which to pay first.  Do not let bill collectors influence the priority of your bills!

The most important payments you make are for food, housing, utilities and any medical prescriptions. Court-ordered payments such as child support and alimony must also be made. Transportation is usually important, but necessities differ by family.

Payday lenders are a high priority because you can get into debt very quickly and the penalties are severe.

While credit cards and other unsecured debts are not a top priority, paying something is better than nothing at all.

The National Consumer Law Center has compiled a set of suggestions for prioritizing debts. Go to www.nclc.org/publications/guides/16_sd_rules.shtml.

## Chapter 5 – Keys to Success

Budgeting effectively and changing your spending behavior will help you be successful with any of these alternatives.

### Budgeting

You need a budget to know:

- How you are currently spending your money
- How you will handle unexpected emergencies
- What you will do with money that is left over after all the bills have been paid

Developing a budget can be tedious and time consuming, but it's absolutely critical.

1) First, calculate your monthly household income (after taxes).  Include salary, social security, child support, alimony, etc.  Also factor in other periodic income such as tax refunds.

2) Next, document how much you spend each month.  Review your checkbook, credit card statements, and other records.  Be sure to include areas such as housing, loan payments, transportation, food, clothing, charity, gifts, entertainment, medical, credit card interest and fees, savings, child care, alimony, child support, repairs, insurance, and other miscellaneous expenses.

3) Subtract your expenses from your income.  How did you do?  Examine your expenses detail.  Does anything surprise you?  Does it look like you are overspending in any areas?  Are there any ways to reduce spending?

4) Next, create an anticipated budget for the next month.  Will you have enough money?

5) If you will be short, determine how you will make up the shortfall.  Are there any expenses that can be eliminated or delayed?  If you will have money left over, determine how you will use it.

6) Track your expenses throughout the month.  You will likely need to revise your budget during the month because "stuff happens."

7) Repeat steps 4-6 each month. Budgeting worksheets or computer tools such as BudgetSmart can make this task easier.  If you are married, your spouse should be involved in the budgeting process.

Set financial goals and plan how you will use extra money as far in advance as possible.  Will you add it to savings?  Will you pay more on specific debts?  Will you set it aside for specific uses such as vacation, gifts, etc.?

*Note: The budget created during your session is a good place to start and the worksheet on page 12 can also be used to track your expenses.*

**Changing Spending Behavior**

Sticking to your budget requires discipline!  Be committed to reaching your goals and you'll see the hard work pay off.  Here are some tips:

- Avoid impulse purchases.
- Prioritize your spending; spend only on needs, not wants.  You need shelter, food, and transportation.  Things like movie channels, vacations, high-speed internet, new clothing, new furniture, manicures, recreational vehicles, etc. are wants rather than needs.
- Take control of your finances by eliminating fees for late payments, bounced checks and overlimit spending.  Fees may be costing you hundreds of dollars each month.


Look for opportunities to lower expenses and increase income:

- Put charitable contributions on hold.  Contribute your time and talents instead of your money.
- Eliminate premium cable channels.
- Eat out less often.  Take your lunch to work.
- Drive a less expensive car or car pool to work.
- Cut back or eliminate smoking or drinking.
- Sell luxury items such as boats, jewelry, collectibles, etc.
- Adjust income tax withholding.
- Stop voluntary payroll deductions such as retirement contributions.
- Have someone in the household work overtime or get a second job.
- Rent out a room in your house.

## BUDGET WORKSHEET
(A chart like this may help you plan and track your budget every month.)

| INCOME | | |
|---|---|---|
| List all monthly net income (net income is after taxes and other deductions). | | |
| **Income Source** | **Current Estimated Net Income** | **Actual Income This Month** |
| Employment (Primary) | $ | $ |
| Employment (Spouse) | $ | $ |
| Investment | $ | $ |
| Social Security | $ | $ |
| Alimony or Child Support | $ | $ |
| Family | $ | $ |
| Commissions | $ | $ |
| Other | $ | $ |
| **Total Net Income** | | |

| EXPENSES | | |
|---|---|---|
| (Fixed expenses stay the same from month to month, while variable expenses changes.  For variable expenses, calculate a monthly average.) | | |
| | **Current Estimated Monthly Expenses** | **Actual Expenses This Month** |
| Mortgage / Rent | $ | $ |
| Second Mortgage | $ | $ |
| Equity Line | $ | $ |
| Property Taxes | $ | $ |
| Auto 1 | $ | $ |
| Auto 2 | $ | $ |
| Boat | $ | $ |
| Waverunner / Snowmobile | $ | $ |
| Motorcycle | $ | $ |
| Furniture / Appliances | $ | $ |
| Other | $ | $ |
| Homeowner's / Renters Insurance | $ | $ |
| Cable / Satellite | $ | $ |
| Gas | $ | $ |
| Electric | $ | $ |
| Internet | $ | $ |
| Water, Sewer, Garbage | $ | $ |
| Auto Insurance | $ | $ |

## BUDGET WORKSHEET (continued)

| | Current Estimated Monthly Expenses | Actual Expenses This Month |
|---|---|---|
| Telephone | $ | $ |
| Child Suppose / Alimony | $ | $ |
| Daycare | $ | $ |
| Student Loans | $ | $ |
| Life Insurance | $ | $ |
| Tuition | $ | $ |
| Tolls, Parking, Buses | $ | $ |
| Auto: Fuel | $ | $ |
| Auto: Service | $ | $ |
| Clothing | $ | $ |
| Dry Cleaning | $ | $ |
| Groceries | $ | $ |
| Alcohol / Cigarettes | $ | $ |
| Household Items | $ | $ |
| Dining Out | $ | $ |
| Entertainment | $ | $ |
| Religious / Charity | $ | $ |
| Pet Care | $ | $ |
| Doctor Visits | $ | $ |
| Prescriptions | $ | $ |
| Cellular Phone | $ | $ |
| Other | $ | $ |
| | | |
| **Total Expenses** | **$** | **$** |
| | | |
| **Expected Surplus/Deficit** | **$** | **$** |

(Subtract expense total from income total

## Chapter 6 – Conclusion – What Should You Do?

Only you can decide which solution is right for you.

You may decide that bankruptcy is appropriate because your home is being foreclosed, or because your income is limited and you have no prospects for additional income.  Perhaps it's because you don't qualify for a debt management program.

You may decide that credit counseling is appropriate because a stricter budget may produce a monthly surplus.

You may decide that you can resolve the situation by using the value of your home equity or negotiating with creditors on your own.

Whichever solution you choose, it's a critical, life-impacting decision that you need to make with your family and trusted advisors.  Carefully weigh the pros and cons of each option, and then fully commit yourself to budgeting effectively and living within your means.

If you need additional help from GreenPath in the future, please do not hesitate to contact us at 800-504-3396.  Good luck!

## Additional Resources

<u>Books</u>

***Credit When Credit Is Due***, Paul Strassels, 1997.
A common-sense book on managing personal finances.  Topics include budgeting, borrowing money, using credit, eliminating debt, and rebuilding credit.

***Debt Proof Living,*** Mary Hunt, Broadman & Holman, 1999.
Written from the perspective of someone who has overcome personal financial challenges.

***Don't Spend Your Raise***, Dara Duguay, McGraw-Hill, 2002.
This book has 60 short readings that deal with budgeting, saving, reducing debt, and investing.

***How to Ruin Your Financial Life***, Ben Stein, Hay House, 2004.
This book uses humor to teach financial lessons by describing the ways to ruin yourself financially.

***Identity Theft Booklet***, Federal Reserve Bank of Boston.
To order: Publications and Community Affairs Department, Federal Reserve Bank of Boston, PO Box 55882, Boston, MA 02205

***Life Or Debt***, Stacy Johnson, Ballantine Books, 2002.
This book features a step-by-step program for eliminating debt and includes 205 ways to save money.

***Pay It Down!***, Jean Chatzky, Portfolio, 2004.
The subtitle, From Debt to Wealth on $10 a Day, neatly summarizes the content of this book.

***Surviving Debt, A Guide for Consumers***, The National Consumer Law Center, 2005. Learn how to respond to debt collections, foreclosure and utility shutoff.

***The Path to Happiness and Wealth***, Steve Rhode, 2002.
Discover your own path to happiness and wealth by shedding the old habits that run your life today.  This book gives a new approach to dealing with money troubles.

***Think $ingle!***, Janet Bodnar, Kiplinger Books, 2003.
This book addresses issues of interest to women such as dealing with finances within a marriage, record keeping, investing, divorce, and dealing with aging parents.

Websites

American Savings Education Council
    www.asec.org

Building Wealth: A Beginner's Guide to Securing You Financial Future
    www.dallasfed.org

Consumer Education Pamphlets on a variety of subjects
    www.phil.frb.org

Identity Theft and links to a variety of sites
    www.bos.frb.org

National Consumer Law Center
    www.consumerlaw.org

Social Security Administration
    www.ssa.gov

Certificate Number: _____

# CERTIFICATE OF COUNSELING

I CERTIFY that on _____, at _____ o'clock _____,

_____ received from

_____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _____.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _____.


Date: _____        By      _____

                                    Name  _____

                                    Title    _____


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re    **Elzbieta Wojtkowska**

_____,

Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 7,496.57 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,456.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 31,518.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,445.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,970.26 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 7,496.57 | | |
| | | Total Liabilities | | 39,975.07 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elzbieta Wojtkowska**                                                    ,        Case No. _____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,445.00 |
| Average Expenses (from Schedule J, Line 18) | 1,970.26 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 923.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,056.23 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 31,518.84 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 34,575.07 |

B6A (Official Form 6A) (12/07)

.

In re   **Elzbieta Wojtkowska**
_____,   Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Elzbieta Wojtkowska**                                                                    ,    Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account #xxxxxxxx4247** | - | 596.57 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **All items at replacement value: sofa, coffee table, kitchen table, bed and bedding, minor kitchen appliances (coffee maker, blender, mixer, toaster), kitchenware, TV, DVD Player** <br><br> **Location: 741 Marilyn Ave., Glendale Heights, IL 60139** | - | 1,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing valued at used clothing store prices** <br><br> **Location: 741 Marilyn Ave., Glendale Heights, IL 60139** | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >       **2,096.57**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Elzbieta Wojtkowska**                                      ,     Case No. _____
_____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                       Sub-Total >                **0.00**
                                                    (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Elzbieta Wojtkowska**                                        ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Toyota RAV4 Sport Utility 4D** | - | 5,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                          Sub-Total >         5,400.00
                                                        (Total of this page)
                                                            Total >         7,496.57

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property                        (Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Elzbieta Wojtkowska**                                    ,   Case No. _____
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **All items at replacement value:  sofa,  coffee table, kitchen table, bed and bedding,  minor kitchen appliances (coffee maker, blender, mixer, toaster), kitchenware, TV, DVD Player** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Location: 741 Marilyn Ave., Glendale Heights, IL 60139** | | | |
| **Wearing Apparel** | | | |
| **Clothing valued at used clothing store prices** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Location: 741 Marilyn Ave., Glendale Heights, IL 60139** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Toyota RAV4 Sport Utility 4D** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **5,400.00** |

|  |  | Total: | **4,500.00** | **6,900.00** |
|---|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Elzbieta Wojtkowska**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9001**<br><br>**Wells Fargo Auto Finance**<br>**Bankruptcy Department**<br>**PO Box 7648**<br>**Boise, ID 83707** | | - | **Auto Loan**<br><br>**2002 Toyota RAV4 Sport Utility 4D**<br><br>Value $                          **5,400.00** | | | | 8,456.23 | 3,056.23 |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

___**0**___ continuation sheets attached

| | Subtotal<br>(Total of this page) | 8,456.23 | 3,056.23 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 8,456.23 | 3,056.23 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   __Elzbieta Wojtkowska_____,   Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts __not__ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__0__   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Elzbieta Wojtkowska**　　　　　　　　　　　　　　　　　　　　　　　　　　,　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-4872**<br><br>Chase<br>PO Box 15298<br>Bankruptcy Department<br>Wilmington, DE 19850 | - | | | | **Opened 1/31/06  Last Active 9/01/09**<br>**Credit Card**<br>**Closed** | | | | 3,168.00 |
| Account No. **xxxx-xxxx-xxxx-9031**<br><br>Chase<br>Po Box 15298<br>Bankruptcy Department<br>Wilmington, DE 19850 | - | | | | **Opened 3/23/05  Last Active 9/01/09**<br>**Credit Card**<br>**CLOSED** | | | | 2,722.59 |
| Account No. **xxxx-xxxx-xxxx-3718**<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | - | | | | **Opened 11/13/07  Last Active 9/01/09**<br>**Credit Card**<br>**CLOSED** | | | | 2,275.16 |
| Account No. **xxxx-xxxx-xxxx-7514**<br><br>Chase<br>PO Box 15298<br>Bankruptcy Department<br>Wilmington, DE 19850 | - | | | | **Opened 1/05/09  Last Active 3/01/10**<br>**Credit Card**<br>**CURRENT** | | | | 67.00 |

　__3__　continuation sheets attached

Subtotal
(Total of this page)　　　　**8,232.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elzbieta Wojtkowska**                                             Case No. _____
                                                                ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx3420**<br><br>**Chase**<br>**PO Box 15298**<br>**Bankruptcy Department**<br>**Wilmington, DE 19850** | - | | | | **Opened  1/26/03  Last Active  3/01/10**<br>**Credit Card**<br>**CURRENT** | | | | 51.01 |
| Account No. **xxxxxxxxxxxx9769**<br><br>**Chase- Tjx**<br>**800 Brooksedge Blv**<br>**Westerville, OH 43081** | - | | | | **Opened 12/09/07  Last Active 12/01/09**<br>**Credit Card** | | | | 421.00 |
| Account No. **xxxx-xxxx-xxxx-8306**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | - | | | | **Opened  6/05/06  Last Active  8/14/09**<br>**Credit Card**<br>**Closed**<br>**Charge Off Amount 2919**<br>**Charge Off Date 03-2010** | | | | 2,919.00 |
| Account No. **xxxx-xxxx-xxxx-0395**<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | - | | | | **Opened 12/06/01  Last Active  8/16/09**<br>**Credit Card**<br>**CLOSED**<br>**Charge Off Amount 8768**<br>**Charge Olff Date 03-2010** | | | | 8,768.00 |
| Account No. **xxxxxx-xxxxxx7881**<br><br>**Hsbc/Carsn**<br>**Po Box 15524**<br>**Wilmington, DE 19850** | - | | | | **Opened  4/27/01  Last Active  3/10/10**<br>**Department Store Charge Account**<br>**Current** | | | | 398.00 |

Sheet no. __**1**___ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,557.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elzbieta Wojtkowska**                                      ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3295**<br><br>**John E. Witanen and Associates**<br>**800 E. Northwest Highway**<br>**Palatine, IL 60074** | - | | | | **12/01/09**<br>**Invoice No. 4385** | | | | **4,771.08** |
| Account No. **xxxxxxx5852**<br><br>**Kohl/Chase**<br>**Po Box 3115**<br>**Milwaukee, WI 53201-3115** | - | | | | **Opened  4/01/04  Last Active  3/01/10**<br>**Credit Card**<br>**Current** | | | | **245.00** |
| Account No. **Invoice No. 12169**<br><br>**Law Offices of Martin A. Delaney**<br>**800 E. Northwest Highway, Ste 614**<br>**Palatine, IL 60074** | - | | | | **02/05/10**<br>**Case No. 2008 D 001144** | | | | **5,713.00** |
| Account No. **xxxxxxxxx2920**<br><br>**Macysdsnb**<br>**911 Duke Blvd**<br>**Mason, OH 45040** | - | | | | **Opened 10/17/07  Last Active 11/08/07**<br>**Charge Account**<br>**CURRENT** | | | | **0.00** |
| Account No. **xxxxxx7881**<br><br>**Nbgl-Carsons**<br>**140 W Industrial Dr**<br>**Elmhurst, IL 60126** | - | | | | **Opened  4/27/01  Last Active  5/01/02**<br>**Charge Account**<br>**Transferred** | | | | **0.00** |

Sheet no. __**2**___ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,729.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elzbieta Wojtkowska**                                              ,          Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1010**<br><br>**Rnb-Fields3**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | - | | **Opened 12/22/02**<br>**Charge Account**<br>**Transferred to another lender** | | | | **0.00** |
| Account No. **xxxxxxxx8855**<br><br>**Wfnnb/Rmpl**<br>**Po Box 337003**<br>**Bankruptcy Department**<br>**Northglenn, CO 80233-7003** | - | | **Opened 11/01/02 Last Active  1/12/04**<br>**Charge Account**<br>**CURRENT** | | | | **0.00** |
| Account No. **x9818**<br><br>**Wfnnb/Victorias Secret**<br>**Po Box 182128**<br>**Bankruptcy Dept**<br>**Columbus, OH 43218** | - | | **Opened  9/04/05 Last Active  8/08/09**<br>**Charge Account**<br>**CURRENT** | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**3**___ of __**3**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

Total
(Report on Summary of Schedules)      **31,518.84**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Elzbieta Wojtkowska**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Anna Markiewicz**<br>**4336 N. Austin**<br>**Chicago, IL 60601** | **12 Month Rental Agreement (Verbal) for property located at 741 Marilyn Ave., Glendale Heights, IL 60139-2967** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Elzbieta Wojtkowska** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Barbara Markiewicz-Dunin**<br>**741 Marilyn Ave**<br>**Glendale Heights, IL 60139-2967** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Elzbieta Wojtkowska** _____     Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Widowed** | RELATIONSHIP(S): **Daughter** | AGE(S): **6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Cleaning Lady** | |
| Name of Employer | **Self-Employed** | |
| How long employed | **10 years** | |
| Address of Employer | **741 Marilyn Ave.** **Glendale Heights, IL 60139** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 923.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 923.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 923.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): **Social Security** | $ | 1,522.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,522.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,445.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 2,445.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Elzbieta Wojtkowska**                                                 Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 350.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 35.81 |
| c. Telephone | $ | 90.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 83.13 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 200.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 134.41 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 326.91 |
| b. Other  **Pre-School** | $ | 300.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,970.26 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,445.00 |
| b. Average monthly expenses from Line 18 above | $ | 1,970.26 |
| c. Monthly net income (a. minus b.) | $ | 474.74 |

6/11/10 1:20PM

**B6J (Official Form 6J) (12/07)**

In re   **Elzbieta Wojtkowska** _____    Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Dish Network** | $ | **45.00** |
| **Comcast** | $ | **21.20** |
| **Allied Waste Management** | $ | **16.93** |
| **Total Other Utility Expenditures** | $ | **83.13** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Elzbieta Wojtkowska** _____   Case No. _____
                                         Debtor(s)   Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __18__
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 11, 2010** _____   Signature   **/s/ Elzbieta Wojtkowska** _____
                                                                  **Elzbieta Wojtkowska**
                                                                   Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Elzbieta Wojtkowska__                                                          Case No.   _____

 Debtor(s)                      Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,110.00** | **2009 Self-Employed (Cleaning Services)** |
| **$9,916.00** | **2008 Self-Employed (Cleaning Services)** |
| **$9,152.00** | **2007 Self-Employed (Cleaning Services)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT   SOURCE

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank USA  v  Elzbieta Wojtkowska Case Number 2010 SC 001566** | **Breach of Contract Small Claims Complaint Plaintiff seeking $4997.75** | **In The Circuit Court of The Eighteenth Judicial Court County of DuPage 505 North County Farm Road Wheaton, IL 60139-2967** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wator and Zac, LLC**<br>**10711 S. Roberts Road**<br>**Palos Hills, IL 60465** | **02/22/2010** | **700.00   Bankruptcy Representation** |

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **GreenPath Debt Solutions**<br>**27555 Farmington Road**<br>**Farmington, MI 48334** | **04/08/10** | **$50.00   Credit Counseling** |
| **First American Trust/Credco**<br>**12395 First American Way**<br>**Poway, CA 92064** | **04/08/10** | **$28.00   Credit Report** |

---

### 10.  Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Lempa Family Trust**<br>**363 Emerald Lane**<br>**Algonquin, IL 60102**<br>     **NONE** | **10/2008** | **Sold/Short Sale** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **JP Morgan Chase**<br>**2150 Bloomingdale Road**<br>**Glendale Heights, IL 60139** | **Chase Checking Account # xxxxx3178** | **Amount:  $0.00**<br>**Date of Closing: 02/2010** |

---

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
□

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **BestPol**<br>**7713 West Belmont Ave.**<br>**Elmwood Park, IL 60707** | **2009 Taxes prepared 01/15/10** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **June 11, 2010**

Signature **/s/ Elzbieta Wojtkowska**

**Elzbieta Wojtkowska**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Elzbieta Wojtkowska_____    Case No. _____
                                               Debtor(s)        Chapter    **7**_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Auto Finance** | **Describe Property Securing Debt:**<br>**2002 Toyota RAV4 Sport Utility 4D** |

Property will be (check one):
□ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
■ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES        □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __June 11, 2010_____        Signature  __/s/ Elzbieta Wojtkowska_____
                                                        **Elzbieta Wojtkowska**
                                                        Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Elzbieta Wojtkowska** _____    Case No. _____

_____ Debtor(s)    Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 700.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 700.00 |

2.    $ **299.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 11, 2010** _____    **/s/ Dariusz T. Wator** _____

   **Dariusz T. Wator**
   **Wator and Zac, LLC**
   **10711 S. Roberts Road**
   **Palos Hills, IL 60465**
   **(708) 974-0000   Fax: (708) 974-0011**
   **Dwator@mecenaschicago.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Elzbieta Wojtkowska__ _____   Case No. _____
                                        Debtor(s)          Chapter   __7__ _____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| __Elzbieta Wojtkowska__ | X __/s/ Elzbieta Wojtkowska__ | __June 11, 2010__ |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elzbieta Wojtkowska**
_____
                            Debtor(s)

Case No. _____
Chapter   **7**  _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **23**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 11, 2010**
_____

**/s/ Elzbieta Wojtkowska**
_____
**Elzbieta Wojtkowska**
Signature of Debtor

Anna Markiewicz
4336 N. Austin
Chicago, IL 60601


Barbara Markiewicz-Dunin
741 Marilyn Ave
Glendale Heights, IL 60139-2967


Chase
PO Box 15298
Bankruptcy Department
Wilmington, DE 19850


Chase
Po Box 15298
Bankruptcy Department
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Chase
PO Box 15298
Bankruptcy Department
Wilmington, DE 19850


Chase
PO Box 15298
Bankruptcy Department
Wilmington, DE 19850


Chase- Tjx
800 Brooksedge Blv
Westerville, OH 43081


Citi
Po Box 6241
Sioux Falls, SD 57117


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Hsbc/Carsn
Po Box 15524
Wilmington, DE 19850


John E. Witanen and Associates
800 E. Northwest Highway
Palatine, IL 60074


Kohl/Chase
Po Box 3115
Milwaukee, WI 53201-3115


Law Offices of Martin A. Delaney
800 E. Northwest Highway, Ste 614
Palatine, IL 60074


Macysdsnb
911 Duke Blvd
Mason, OH 45040


Michael D. Fine
131 S. Dearborn
Floor 5
Chicago, IL 60603


Michael D. Fine
131 S. Dearborn
Floor 5
Chicago, IL 60603


Nbgl-Carsons
140 W Industrial Dr
Elmhurst, IL 60126


Rnb-Fields3
Po Box 9475
Minneapolis, MN 55440


United Collection Bureau, Inc.
5620 Southwyck Blvd, Ste 206
Toledo, OH 43614

Wells Fargo Auto Finance
Bankruptcy Department
PO Box 7648
Boise, ID 83707


Wfnnb/Rmpl
Po Box 337003
Bankruptcy Department
Northglenn, CO 80233-7003


Wfnnb/Victorias Secret
Po Box 182128
Bankruptcy Dept
Columbus, OH 43218